UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
Emmet Lanier, *pro se*, :
                Plaintiff, :
:
    -against- : **ORDER ADOPTING**
: **REPORT AND RECOMMENDATION**
Police Officer Mark Furia, Shield # 12077; Police : 07-CV-3173 (DLI)(LB)
Officer Daniel Sheridan, Shield # 6816; Police :
Officer John Carraci, Shield # 1055; Police Officer :
Andrew Chmiel, Shield # 4159; 113 Pct.; C-74, :
ESU; :
                Defendants. :
:
:
:
------------------------------------- x

**DORA L. IRIZARRY, U.S. District Judge:**

    No objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J. entered March 28, 2008 ("R&R"), and, upon due consideration and finding no clear error on the face of the record, the court hereby adopts the R&R in full. Accordingly, it is hereby

    ORDERED that plaintiff's complaint is dismissed pursuant to Fed. R. Civ. P. 16(f)(1)(A) & 37(b)(2)(A)(v) for failure to comply with the court's order and for failure to prosecute.

    The Clerk of the Court is directed to close the file maintained in this case.

DATED:    Brooklyn, New York
            May 20, 2008

                                        _____/s/_____
                                            DORA L. IRIZARRY
                                        United States District Judge